# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ST. PAULS PRESBYTERIAN
CHURCH, INC.,

               Plaintiff,

v.                                           Case No:   6:22-cv-488-GAP-LHP

WESTCHESTER SURPLUS LINES
INSURANCE COMPANY,

               Defendant

_____

## ORDER

This case is before the Court on the Motion for Summary Judgment

(Doc. 34), filed by Defendant on September 5, 2023. Plaintiff will be allowed until

**October 6, 2023**, to file a responsive memorandum and any materials in

opposition to the motion, including affidavits or other documents within the

purview of Rule 56, showing that there are genuine issues of material fact in

dispute; otherwise the Court may enter Summary Judgment, if appropriate,

against the adverse party.   *Milburn v. United States*, 734 F.2d 762, 765 (11th Cir.

1984); see *Griffith v. Wainwright*, 772 F.2d 822, 825 (11th Cir. 1985)(per curiam); Fed.

R. Civ. P. 56(e).   Defendants may file a reply brief, not exceeding ten (10) pages,

within fourteen (14) days after the response is served.   ***The parties shall***

***electronically file all exhibits in support of their papers.   The parties will be***

*advised if paper copies of any or all exhibits will be required.   The Court prefers*

*transcripts in full-page format.*

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 6,

2023.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party